# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson,**<br><br>　　　　Plaintiff,<br><br>　v.<br><br>**Starbucks Corporation**, a Washington Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case No. 2:16-cv-02820-MCE-KJN<br><br>**ORDER** |

Plaintiff's unopposed Motion to Stay (ECF No. 44) this action is GRANTED. Not later than sixty days following the date this Order is electronically filed, and every sixty days thereafter until the appeals in 3:17-cv-02454-WHA and 8:18-cv-01615-DOC-DFM have been resolved, the parties shall submit a Joint Status Report reporting the status of those appellate cases.

///

///

///

Defendant's Motion for Summary Judgment (ECF No. 42) is DENIED without prejudice to refiling once the stay is lifted.

IT IS SO ORDERED.

Dated: June 18, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE