UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>STARBUCKS CORPORATION, a Washington Corporation; and Does 1-10,<br><br>    Defendants. | Case: 2:16-CV-02820-MCE-KJN<br><br>**ORDER** |

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: June 21, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1

Joint Stipulation for Dismissal          Case: 2:16-CV-02820-MCE-KJN